No. 12-507

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

IN RE SOUTHEASTERN MILK ANTITRUST LITIGATION

SWEETWATER VALLEY FARM, INC., ET AL,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

*Plaintiffs-Respondents*,

v.

DAIRY FARMERS OF AMERICA, INC., DAIRY MARKETING
SERVICES, LLC, MID-AM CAPITAL, LLC, NATIONAL DAIRY
HOLDINGS, L.P., AND GARY HANMAN,

*Defendants-Petitioners.*

_____

Appeal from the United States District Court
for the Eastern District of Tennessee
Civil Action Nos. 2:07-CV-208 & 2:08-MD-1000
Honorable J. Ronnie Greer, Presiding

_____

**PETITIONERS' MOTION FOR LEAVE TO FILE A SUPPLEMENT TO
THEIR RULE 23(f) PETITION TO ADDRESS THE DISTRICT COURT'S
SUPPLEMENTAL MEMORANDUM OPINION**

_____

JOHN B. NALBANDIAN
**TAFT STETTINIUS & HOLLISTER LLP**
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838

STEVEN R. KUNEY
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Defendants Dairy Farmers of America, Inc.,
Dairy Marketing Services, LLC and Mid-Am Capital, LLC*

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20037
Tel:  (202) 663-7820
tmiller@bakerandmiller.com

*Counsel for Defendants Dairy Farmers
   of America, Dairy Marketing Services
   and Mid-Am Capital, LLC*

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street
Suite 3700
Dallas, TX  75201
Tel:  214-659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

*Counsel for Defendant National Dairy
Holdings, LP*

David E. Everson
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Tel:  913-344-6750 (Crabtree)
Tel:  816-842-8600 (Everson)
dcrabtree@stinson.com

*Counsel for Defendant Gary Hanman*

Petitioners respectfully seek this Court's permission to file a nine-page supplement to their petition for leave to appeal under Rule 23(f). The purpose of the supplement is to allow Petitioners an opportunity to respond to a supplemental memorandum opinion issued by the district court on July 13, 2012. In support of this motion, Petitioners state as follows:

1.      On June 18, 2012, the district court issued an Order postponing the trial in this matter until November 6, 2012 "to afford the Sixth Circuit adequate time to decide defendants' petition [for leave to appeal pursuant to Rule 23(f)]." *See* Petitioners' Ltr. to Clerk of Court & Enclosure (6/19/2012). At the same time, the district court indicated that it had read the Rule 23(f) petition filed with this Court, and in response to the arguments raised therein, intended to file an amended opinion in which it would attempt to clarify the decision under review.

2.      On July 13, 2012, the district court issued a supplemental opinion, the expressed purpose of which is "clarify and further explain the Court's reasons for the June 1 order, primarily as to two issues raised by the defendants . . . which figure prominently in the petition filed in the Sixth Circuit." Supp. Op. at 1. A copy of that opinion was provided to this Court by Respondents on July 16, 2012.

3.      Petitioners have reviewed the supplemental opinion. They respectfully submit that, while the supplemental opinion changes the district court's expressed reasoning in response to the arguments raised in this Court, it

serves ultimately to confirm rather than negate the existence of the fundamental errors that justify this Court's review under Rule 23(f).  Given the importance of these issues, Petitioners respectfully request that they be allowed to file a brief response addressing the supplemental opinion and explaining why it does not eliminate the need for this Court's review.

Wherefore, Petitioners respectfully request that this Court accept the enclosed Supplement to their Rule 23(f) Petition.

<div style="margin-left: 40%">

Respectfully submitted,

By:   /s/ Steven R. Kuney

Steven R. Kuney
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000
Fax:   (202) 434-5029
skuney@wc.com

John B. Nalbandian
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel:  (513) 381-2838
Fax:  (513) 381-0205
nalbandian@taftlaw.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C.  20037
Tel:  (202) 663-7820
tmiller@bakerandmiller.com

</div>

*Counsel for Defendants Dairy Farmers of America, Dairy Marketing Services and Mid-Am Capital, LLC*

/s/ Kay Lynn Brumbaugh

Jerry L. Beane
Kay Lynn Brumbaugh
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
Tel:  214-659-4400
jerrybeane@andrewskurth.com
kaylynnbrumbaugh@andrewskurth.com

*Counsel for Defendant National
Dairy Holdings, LP*

/s/ David E. Everson

David E. Everson
Daniel D. Crabtree
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
Tel:  913-344-6750 (Crabtree)
Tel:  816-842-8600 (Everson)
dcrabtree@stinson.com

*Counsel for Defendant Gary Hanman*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18th, 2012, the PETITIONERS' MOTION FOR LEAVE TO FILE A SUPPLEMENT TO THEIR RULE 23(f) PETITION TO ADDRESS THE DISTRICT COURT'S SUPPLEMENTAL MEMORANDUM OPINION was filed electronically. Copies of the foregoing document will be served on all counsel of record via the Court's CM/ECF system.

/s/ Steven R. Kuney
Steven R. Kuney